IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 SEP 24  PM 3: 26

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No.: 12-cv-00536-PAB-CBS

MARK LESLIE,

   Plaintiff,

v.

FARRELL & SELDIN, a Colorado Law Firm,
THOMAS F. FARRELL, Atty. Reg. #9712,
BARRY A SELDIN, Atty. Reg. #14699,
PAMELA J. DOTSON, Atty. Reg. #38321,
IAN T. BALLARD, Atty. Reg. #38312,

   Defendant's.

### PLAINTIFFS MOTION TO DISMISS

Plaintiff Pro Se Mark Leslie, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), respectfully requests this Honorable Court to dismiss this case and submits this Plaintiff's Motion To Dismiss against Defendant's Farrell & Seldin, Thomas F. Farrell, Barry A. Seldin, Pamela J. Dotson, and Ian T. Ballard.

Dated: September 21, 2012

Respectfully Submitted,

*Mark Leslie*

Mark Leslie, Plaintiff Pro Se
1579 Indian Peak Rd.,
P.O. Box 595
Pinecliffe, CO 80471
(303) 642-0494

## Certificate of Service

Thomas F. Farrell, P.C., d.b.a. Farrell & Seldin, Attorneys at Law
Thomas F. Farrell, Atty #9712
Barry A. Seldin, Atty #14699
Pamela J. Dotson, Atty #38321
Ian T. Ballard, Atty #38312
7807 E. PEAKVIEW AVE., SUITE 410
CENTENNIAL, CO 80111

I, Mark Leslie, hereby swear under penalty of law, that I mailed true and complete copies of PLAINTIFFS MOTION TO DISMISS, to the above listed parties via U.S.P.S. First Class Mail postage paid.

_Mark Leslie_  9-21-12
Mark Leslie            Date